919 P.2d 775

**STATE of Arizona ex rel. ARIZONA DEPARTMENT OF REVENUE, Plaintiff–Appellee,**

v.

**CRAIN & ASSOCIATES DEVELOPMENT CO., INC. Defendant–Appellant.**

**No. CV–95–0498–PR.**

Supreme Court of Arizona.

July 8, 1996.

Grant Woods, Attorney General, James M. Susa, Phoenix, for plaintiff-appellee.

Law Office of Robert E. Fee, Robert Edward Fee, David L. Abney, Tucson, for defendant-appellant.

## ORDER

A Stipulation for Dismissal has been filed by counsel for Crain & Associates Development Co. and the State of Arizona. Therefore,

IT IS ORDERED that the Petition for Review is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

/s/ Stanley G. Feldman
STANLEY G. FELDMAN
Chief Justice